**D.J. MILLER & ASSOCIATES, INC., Appellant,**

v.

**Kathleen SEBELIUS, Secretary of Health & Human Services, Appellee.**

No. 2012–1314.

United States Court of Appeals, Federal Circuit.

Aug. 22, 2012.

### ORDER

This appeal was docketed on April 11, 2012. The appellant filed a motion for leave to proceed in forma pauperis, which was denied on May 22, 2012 and the appellant was ordered to pay the docketing fee within 14 days. The court did not receive the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.